**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Naomi B. Spector, Esq. (SBN: 222573)
naomi@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Derrick Anders

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK ANDERS,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SYSTEMS, INC., AND VERIZON COMMUNICATIONS INC., D/B/A VERIZON WIRELESS**<br><br>Defendants. | **Case No.:** 15-cv-1881 GPC (WVG)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. GONZALO P. CURIEL** |

///

///

---

**NOTICE OF SETTLEMENT**

1  **NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff DERRICK ANDERS ("Plaintiff") and Defendant VERIZON COMMUNICATIONS INC., D/B/A VERIZON WIRELESS ("Verizon") ONLY has been resolved on an individual basis. Plaintiff and Verizon anticipate filing a Joint Motion for Dismissal of Plaintiff's claims against Verizon with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Verizon be vacated, and that the Court set a deadline on or after January 5, 2016 for filing a Joint Dismissal.

For the purposes of clarity, Plaintiff's claims as alleged against Defendant EXPERIAN INFORMATION SYSTEMS, INC. ("Experian") are still active and remain pending.

Dated: November 5, 2015                                              Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF