UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ANDERS,<br><br>                                  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SYSTEMS, INC., and VERIZON COMMUNICATIONS INC., D/B/A VERIZON WIRELESS,<br><br>                                  Defendants. | Case No.: 3:15-cv-01881-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>[ECF No. 29] |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only. The Settlement Disposition Conference scheduled for January 25, 2016 at 8:30 a.m. is vacated.

**IT IS SO ORDERED.**

Dated: January 21, 2016

Hon. Gonzalo P. Curiel
United States District Judge