Naomi B. Spector, Esq. (SBN: 222573)
naomi@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Derrick Anders

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK ANDERS,**<br><br>                    **Plaintiff,**<br>v.<br><br>**EXPERIAN INFORMATION SYSTEMS, INC.; VERIZON COMMUNICATIONS INC.; AND TRANSUNION CORP.,**<br><br>                    **Defendants.** | **Case No.: 3:15-cv-01881-GPC-WVG**<br><br>**NOTICE OF SETTLEMENT** |

1  NOTICE IS HEREBY GIVEN that the dispute between Plaintiff Derrick Anders and the remaining Defendant in this matter, TransUnion Corp., has been resolved, thus this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 11, 2016 for filing a joint dismissal.

Respectfully submitted,

Date: February 8, 2016                    **HYDE & SWIGART**

                                          By:  s/ Joshua B. Swigart
                                               Joshua B. Swigart
                                               Attorneys for Plaintiff