# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK ANDERS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**EXPERIAN INFORMATION SYSTEMS, INC., AND VERIZON COMMUNICATIONS INC., D/B/A VERIZON WIRELESS**<br><br>    Defendants. | **Case No.:** 15-cv-1881 GPC (WVG)<br><br>**ORDER GRANTING DISMISSAL OF TRANS UNION LLC**<br><br>**HON. GONZALO P. CURIEL** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders this Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

Dated: March 10, 2016

Hon. Gonzalo P. Curiel
United States District Judge